**PATTI & PATTI, LLC**
Attorneys at Law
255 Woodport Road
Sparta, New Jersey 07871

**Jeffrey M. Patti**                                                                                                              **Frank L. Patti**
                                                                                                                                  **(1967-2008)**

**Jennifer L. Hamilton**           **Telephone (973) 729-5040**
(Of Counsel)                       **Fax (973) 729-4367**
                                   www.pattiandpatti.com

September 11, 2025

<u>**Via ECF**</u>
Hon. Justin T. Quinn, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

Re:   **<u>Ron Doe v. Burnadz, et. al.</u>**
      **Case No.: 3:25-cv-01976**

Your Honor:

My office represents the Plaintiff Ron Doe in the above matter. Currently returnable Friday, September 19, 2025, is Defendants' Motion to Dismiss the Complaint.

Kindly accept this correspondence as a request for a two-week carry of the motion. I am currently on trial in the matter <u>Garrera v. Clifford, et. al.</u> (SSX-L-151-21). Trial is anticipated to go until approximately September 18, 2025. I have the consent of my adversary, Mr. Freeman, Esq.

Thank you for your consideration.

Respectfully submitted,

**PATTI & PATTI, LLC**

By:   <u>/s/: JEFFREY M. PATTI</u>

JMP/mms
cc:   Marvin L. Freeman, DAG          So Ordered this 12th day of September 2025.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE