

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

October 1, 2025

**Via CM/ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   <u>Ron Doe v. Richard Burnadz, et al</u>.,
             Civil Action No.: 3:25-cv-01976 (ZNQ-JTQ)

Dear Judge Quraishi:

      I represent Defendants, Colonel Patrick J. Callahan and New Jersey State Troopers Richard Burnadz, Colon Gano and Nicholas Parisi ("Defendants"), in the above-entitled matter. This letter is in response to my communications with chambers today regarding the Application for a Clerk's Extension that the Clerk's Office sent to chambers for review.

      The application pursuant to L.Civ.R. 6.1 at [ECF No. 26] relates to Defendants' Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and requests to advance the motion date one cycle to October 20, 2025, which makes Defendants' Reply due October 14, 2025. In discussing this matter with Chambers, I was directed to file a letter on the docket as to whether Plaintiff's counsel consents to the extension.

      On this date, I contacted Plaintiff's counsel, Mr. Jeffrey Patti, Esq., and he consented to the request. Should the Court grant this request, the Defendants' Reply




Hon. Zahid N. Quraishi, U.S.D.J.<br>
October 1, 2025<br>
Page 2

would be filed on or before October 14, 2025. I thank the Court for its attention to this request.

                                          Respectfully submitted,

                                          MATTHEW J. PLATKIN
                                          ATTORNEY GENERAL OF NEW JERSEY

                                          By:   s/Marvin L. Freeman
                                                     Marvin L. Freeman
                                                     Deputy Attorney General

cc:   **Via CM/ECF only**
      All counsel of record

GRANTED.  Reply due 10/14/2025.  Chambers further advises that the "reply" referred to in Local Civil Rule 6.1 does not refer to a reply to a motion, but rather to a reply to an answer, a lesser-used pleading that is permissible under Federal Rule of Civil Procedure 12(1)(C).

So Ordered this 2nd day of October 2025.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE